784

474 P.2d 76

**STATE of New Mexico, Respondent,**

v.

**Thomas Joseph BRILL, Petitioner.**

**No. 9103.**

Supreme Court of New Mexico.

Aug. 21, 1970.

Further ordered that the record in Court of Appeals Cause No. 489, 81 N.M. 785, 474 P.2d 77, be and the same is hereby returned to the Clerk of the Court of Appeals.

474 P.2d 76

**Lloyd L. DAVIS, Sr., Mary D. Davis, Lloyd L. Davis, Jr., Lottie-Beth Davis and Lee Smith, Petitioners,**

v.

**Honorable Caswell S. NEAL, Judge of the District Court of Eddy County, New Mexico, Respondent.**

**No. 9113.**

Supreme Court of New Mexico.

Sept. 9, 1970.

COMPTON, Chief Justice and TACKETT, WATSON, SISK and McKENNA, Justices, concurring.

Ordered that the writ of prohibition heretofore issued herein on August 18, 1970, be and the same is hereby made permanent for the reason that the trial court was without jurisdiction to modify its decision after the appeal was taken.

474 P.2d 76

**Ira B. MILLER, Petitioner,**

v.

**Richard A. STANLEY, District Judge Third Judicial District, State of New Mexico, Respondent.**

**No. 9007.**

Supreme Court of New Mexico.

Sept. 10, 1970.

COMPTON, Chief Justice, and TACKETT, WATSON, SISK and McKENNA, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on February 9, 1970, be and the same is hereby quashed without prejudice for the reason that jurisdiction of the cause has been accepted by the United States District Court for the District of New Mexico.